**MADUEGBUNA COOPER LLP**
ATTORNEYS AT LAW
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005

(212) 232-0155
FAX: (212) 232-0156
www.mcande.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2025

April 21, 2025

> Application GRANTED. The conference scheduled for **May 7, 2025** will take place at **2:00 p.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> April 22, 2025

<u>VIA ECF</u>
The Honorable Barbara Moses
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Patty Carambot, Ph.D. v. HHC, et al.*
<u>Docket No.:  1:24-cv-00841 (JPO)</u>

Dear Judge Moses:

    We represent Plaintiff Patty Carambot, Ph.D., in the above-referenced matter and write in connection with the Court's recent order rescheduling the initial conference for May 7, 2025 at 10:00 AM (Dkt. #50), to respectfully request that the conference be moved to the afternoon of the same day, any time after 2:00 PM.

    Prior to the Court's rescheduling, we were directed on April 7, 2025 to appear in-person at a pre-trial conference on May 7, 2025 at 9:30 AM in Bronx County Supreme Court in the matter of *David Walker v. James W. Taylor, Jr., et al.*, Index No. 260320/2020E. That matter has been granted calendar preference due to the advanced ages of the parties.

    Accordingly, and subject to the Court's availability, Plaintiff respectfully requests that the initial conference be adjourned to the afternoon of May 7, 2025. Counsel for Defendants consents to this request.

    We thank the Court for its attention to this matter.

Very truly yours,

Samuel O. Maduegbuna

SOM/clg