```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATTY CARAMBOT, Ph.D.,

        Plaintiff,

-against-

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION, et al,

        Defendants.

24-CV-841 (JPO) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record at today's conference, it is hereby ORDERED that:

1. <u>Mediation</u>. No later than **seven days** after their initial mediation session, the parties must (1) file a joint letter advising the Court whether mediation was successful; and (2) contact the chambers of the undersigned Magistrate Judge to schedule a case management conference.

2. <u>Joinder and Amendment</u>. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties must be made pursuant to Fed. R. Civ. P. 15(a)(2) and will be subject to the "good cause" standard in Fed. R. Civ. P. 16(b)(4).

3. <u>Automatic Disclosures</u>. If this action does not settle at mediation, the parties must exchange any remaining disclosures required by Fed. R. Civ. P. 26(a)(1) that have not already been exchanged for purposes of mediation, no later than **14 days** after the mediation.

The Court notes that on March 10, 2024, the district judge dismissed all of plaintiff's claims against defendants Louis Molina and Wilma Soto, and gave plaintiff leave to amend within 21 days of that decision. That time having run, and plaintiff having failed to file an amended complaint, the Clerk of Court is respectfully directed to terminate Louis Molina and Wilma Soto as defendants in this action.

Dated: New York, New York
       May 7, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**