UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATTY CARAMBOT,

        Plaintiff,

  -against-

NEW YORK CITY HEALTH AND
HOSPITALS CORP., *et al.*,

        Defendants.

24-CV-841 (JPO) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2025

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of plaintiff's letter, dated September 23, 2025, advising that she "did not consent to withdraw her § 75-b claim outright." (Dkt. 66 at 1.) The Court will consider the status of the § 75-b claim once plaintiff's planned motion to amend is fully briefed.

Dated:  New York, New York
         September 25, 2025

                      **SO ORDERED.**

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**