MADUEGBUNA COOPER LLP
ATTORNEYS AT LAW
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005
(212) 232-0155
FAX: (212) 232-0156
www.mcande.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/22/26

MEMO ENDORSED

Application GRANTED. No later than **August 6, 2026**, either: (i) the parties must submit a joint letter advising the Court as to the status of the parties' negotiations regarding reasonable attorneys' fees and expenses, or (ii) plaintiff must submit her fee application.
SO ORDERED.

Barbara Moses, U.S.M.J.
July 22, 2026

July 21, 2026

**VIA ELECTRONIC CASE FILING**
The Honorable Barbara Moses
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Patty Carambot, Ph.D. v. HHC, et al.***
**Docket No.: 1:24-cv-00841 (JPO)**

Dear Judge Moses:

We represent Plaintiff and jointly request a **two-week extension** of the July 23, 2026 deadline to file either a joint status letter regarding the parties' negotiations over attorneys' fees and costs or Plaintiff's fee application. Dkt. #115.

On July 8, 2026, Plaintiff provided Defendants with revised billing records and a revised disbursement history.

On July 16, 2026, upon Plaintiff's inquiry, defense counsel advised that the fee request was pending review by the Comptroller's Office and that a response was expected before the weekend or, at the latest, by Monday morning. Defense counsel further explained that the delay was attributable to the recent retirement of the supervising attorney responsible for the approval process. Defendants did not communicate their position until the afternoon of July 21, 2026.

Following further discussions between counsel on July 21, 2026, the parties believe there is a reasonable possibility of resolving the issue of attorneys' fees and costs without motion practice. However, additional time is needed to permit Defendants to complete the Comptroller's review and approval process for any revised settlement authority and to allow the parties to continue their negotiations.

Accordingly, the parties respectfully request that the Court extend the July 23, 2026 deadline by **two weeks, to August 6, 2026**, to permit the parties to complete those efforts or, if an agreement cannot be reached, for Plaintiff to file a fee application.

---

We thank the Court for its attention to this matter.

Respectfully submitted,

Samuel O. Maduegbuna

SOM/clg
cc: All Counsel of Record