UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PATTY CARAMBOT, PH.D.,

Plaintiff,

-against-

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, THE CITY OF NEW YORK, PATRICIA YANG, PH.D. VIRGINIA FINERAN, PH.D., JESSICA LABOY, WILMA SOTO, LOUIS MOLINA and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

Defendants.
---------------------------------------------------------------X

Docket No.: 24-CV-00841-JPO-BCM

**JUDGMENT PURSUANT TO <u>RULE 68</u>**

WHEREAS, Plaintiff commenced this action by filing a complaint on or about February 6, 2024, alleging federal, state, and city law claims against Defendants; and

**WHEREAS**, Defendants have denied any and all liability arising out of Plaintiff's allegations; and

WHEREAS, on June 18, 2026, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant New York City Health and Hospitals Corporation d/b/a NYC Health + Hospitals ("H+H"), on behalf of all Defendants in this action, offered to allow Plaintiff to take judgment against H+H; and

**WHEREAS,** on July 1, 2026, Plaintiff accepted Defendants' Rule 68 Offer of Judgment;

**NOW, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff will take judgment against Defendant H+H in this action for the sum of Four Hundred Thousand and One Dollars and Zero Cents ($400,001.00), plus attorneys' fees, expenses, and costs in the amount of

Two Hundred Thousand Dollars and Zero Cents ($200,000.00), for all claims that have been, or could have been, asserted in the Complaint in this action to the date of this Offer.

2. This judgment shall be in full satisfaction of all federal, state, and city law claims or rights that Plaintiff may have as to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants, and/or any individual who is later named and becomes represented by the Office of the Corporation Counsel pursuant to General Municipal Law § 50-k, or any official, employee, or agent, either past or present, of the City of New York, or any agency thereof, and/or H+H, in connection with the facts and circumstances that are the subject of this action.

3. This judgment is not to be construed as an admission of liability by any or all of the Defendants or any official, employee, agent, or affiliate staff of H+H or the City; nor is it an admission that Plaintiff has suffered any damages.

4. Acceptance of the Offer of Judgment releases and discharges each of the Defendants, their successors or assigns, and all past and present officials, employees, affiliates, representatives, and agents of the City of New York and H+H from any and all claims that were or could have been alleged by Plaintiff in this action.

5. Acceptance of the Offer of Judgment operates to waive Plaintiff's right to any claim for interest on the amount of the judgment through ninety (90) days from the date of entry of judgment. Nothing herein shall constitute a waiver of any interest otherwise available by law on amounts remaining unpaid after expiration of that ninety (90)-day period.

6. By accepting the Offer of Judgment, Plaintiff agrees that payment of Four Hundred Thousand and One Dollars and Zero Cents ($400,001.00), plus attorneys' fees, expenses, and costs in the amount of Two Hundred Thousand Dollars and Zero Cents ($200,000.00), within ninety (90) days from the entry of this judgment shall constitute a reasonable time for such payment.

7. Plaintiff shall execute and deliver to Defendants' attorney all documents necessary to effectuate payment, including, but not limited to, a settlement agreement for attorneys' fees, General Release and Waiver, Plaintiff's Affidavit Concerning Liens, and two Substitute Forms W-9, one for Plaintiff and one for Plaintiff's counsel of record, **provided that any such documents shall be consistent with, and shall not expand or modify, the terms of the Rule 68 Offer of Judgment or this Judgment.**

Dated: New York, New York

August 19, 2026

The Clerk of Court is respectfully directed to close this case.

J. PAUL OETKEN
United States District Judge